UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MICHAEL LUCTMAN, | ) | |
| | ) | Case No. 3:23-cv-388 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Jill E. McCook |
| PROMAT, INC, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

On November 18, 2024, the Parties submitted a notice of settlement. (Doc. 23.) On December 11, 2024, the Court ordered the Parties to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on or before January 9, 2025, and put them on notice that if no stipulation was filed, the Court would dismiss this action with prejudice. (Doc. 24.) The Parties have not filed a stipulation of dismissal or any other response. Pursuant to Federal Rule of Civil Procedure 41(b), Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this matter.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**